UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
ROBERT + ELIZABETH BIBB
Debtor(s).

CHAPTER 13
CASE NO. 09-42769
JUDGE ☒ TUCKER ☐ SHAPERO

## STIPULATION MODIFYING PLAN

COPY

This matter currently scheduled for hearing on 10.22.09, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

☒ Debtor(s) Proposed Plan Modification Filed 9/15/09.

☐ Trustee's Motion to Dismiss Filed _____.

the parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, now therefore;

IT IS HEREBY STIPULATED that the Chapter 13 Plan is modified as follows:
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

☒ Debtor(s) plan payments shall be increased from $ 661.00 MONTH to $ 310.00 per MONTH, effective 9/15/09.

☒ In the event that debtor(s) fails(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

☐ The proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

   a. Class one administrative claims
   b. Class two continuing claims
   c. Class three executory contracts/unexpired lease
   d. Class four arrearage on continuing claims
   e. Class five (a) secured purchase money security interest claims
   f. Class five (b) other secured claims
   g. Class six priority unsecured claims
   h. Class seven special unsecured claims
   i. Class eight general unsecured claims

Debtor shall serve a copy of this stipulation on the list of creditors and Creditors impacted by this modification shall have 20 days from entry of the order to object for the Debtor(s) failure to comply with Local Bankruptcy Rule E.D. Mich. Guideline #6.

☒ Other: ☒ DECREASE BASE TO $7,000.00 TO UNSECURED CREDITORS. THIS IS A BASE PLAN
☒ DELINQUENCY FROM MAY 1ST 2009 UNTIL SEPTEMBER 15TH IS EXCUSED

IT IS FURTHER STIPULATED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

Approved per Local Rules (E.D.M.)

/s/ Tammy L. Terry
/s/ TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Approved as to Form and Content:

/s/ KIMBERLY GIBBS (P55942)
Attorney for Debtor(s)

G:\Documentation\Approved Forms\Court Forms\Stip Modify Pln Guideline#6 2-5-09.doc