UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**ROBERT & ELIZABETH BIBB,**               **CASE No 09-42769**
                                            CHAPTER 13
                                             JUDGE TUCKER

               **Debtors.**

_____/

## ORDER ALLOWING PLAN MODIFICATION

IT IS HEREBY ORDER that the Chapter 13 Plan is modified as follows:

1.    Decrease Debtors' plan payments to $310.00 per month retroactive to
      September 15, 2009.
2.    Decrease the dividend unsecured creditors are receiving to 25%.
3.    Decrease the base sum unsecured creditors are receiving to $7,000.00
4.    Excuse the delinquency in Debtors' plan payments from May 1, 2009-
      September 15, 2009.
5.    In the even that Debtors fail to make any future Chapter 13 Plan payments, the
      Trustee may submit a notice of Default, served upon the Debtor and debtor's counsel
      and permitting 30 days from the service of the notice in which to cure any and all
      defaults in payments.  IF the debtors fail to cure the defaults in payments after having
      been provided with notice under the provisions of this order, then the Trustee may
      submit n Order of Dismissal to the Bankruptcy Court along with an affidavit attesting
      to a failure to make plan payments, and the proceedings may be thereafter dismissed
      without a further hearing or notice.

                                            .

**Signed on December 23, 2009**

                                    _____**/s/ Thomas J. Tucker**_____
                                    **Thomas J. Tucker**
                                    **United States Bankruptcy Judge**